1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA  94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET    )     NO.  C 11 4620 MEJ
   METAL WORKERS, et al.,             )
12                                    )
                        Plaintiffs,   )     ORDER TO CONTINUE CASE
13                                    )     MANAGEMENT CONFERENCE
            vs.                       )
14                                    )
   TIMOTHY MOAK, et al.,              )
15                                    )
                        Defendants.   )
16 _____ )

17         IT IS ORDERED that the Case Management Conference in this

18 case set for December 29, 2011 be continued to March 29, 2012 at 10:00

19 a.m. to Courtroom B, 15th Floor, 450 Golden Gate Avenue, San

20 Francisco, California.

21 Dated: December 21, 2011        _____
22                                Magistrate Judge Maria-Elena James

23

24

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE