IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST; SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA; SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; TRUSTEE BRUCE WORD,<br><br>    Plaintiffs,<br><br>  v.<br><br>TIMOTHY MOAK; JENNIFER MOAK,<br><br>    Defendants.<br>_____/ | No. C 11-04620 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to Magistrate Judge James to be heard and considered at the convenience of her calendar.  Magistrate Judge James shall prepare findings and recommendation on the motion.

Dated: 3/26/2012

                                    CLAUDIA WILKEN
                                    United States District Judge

cc:  MagRef; MEJ