UNITED STATES DISTRICT COURT

Northern District of California

| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | No. C 11-4620 CW (MEJ) |
|---|---|
| Plaintiffs, | **ORDER REQUESTING FURTHER BRIEFING RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| TIMOTHY MOAK, et al., | **Re: Docket No. 14** |
| Defendants. | |

This matter is currently pending before the Court on a motion for default judgment. Dkt. No. 14. On April 26, 2012, Plaintiffs filed their Proposed Findings of Fact and Conclusions of Law. As Plaintiffs' filing does not include a statement regarding personal jurisdiction over Timothy and Jennifer Moak, the named defendants in this case, the Court ORDERS Plaintiffs to file a statement establishing the Court's jurisdiction by May 2, 2012.

**IT IS SO ORDERED.**

Dated: April 30, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge