UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TIMOTHY MOAK, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-4620 CW (MEJ)<br><br>**ORDER REQUESTING FURTHER BRIEFING RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>**Re: Docket No. 14** |

　　　This matter is currently pending before the Court on a motion for default judgment. Dkt. No. 14. On April 26, 2012, Plaintiffs filed their Proposed Findings of Fact and Conclusions of Law. As Plaintiffs' filing does not include a statement regarding personal jurisdiction over Timothy and Jennifer Moak, the named defendants in this case, the Court ORDERS Plaintiffs to file a statement establishing the Court's jurisdiction by May 2, 2012.

　　　**IT IS SO ORDERED.**

Dated: April 30, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge