IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET
METAL WORKERS, et al.,

    Plaintiffs,

  v.

TIMOTHY MOAK and JENNIFER MOAK,

    Defendants.
_____/

No. C 11-4620 CW

ORDER GRANTING
MOTION FOR DE NOVO
REVIEW OF
MAGISTRATE'S ORDER

    Plaintiffs Board of Trustees of the Sheet Metal Workers Local 104 Health Care Trust, Sheet Metal Workers Pension Trust of Northern California, Sheet Metal Workers Local 104 Vacation Holiday Savings Plan and Trustee Bruce Word move, pursuant to 28 U.S.C. § 636(b)(1)(B), Rule 72(b) of the Federal Rules of Civil Procedure and Civil Local Rule 72-3, for a de novo review of a magistrate judge's report and recommendation (docket no. 34) denying their motion for a default judgment against Defendants Timothy and Jennifer Moak.

    The Court has reviewed the papers filed by Plaintiffs and the magistrate judge's report and recommendation.  A default judgment will be entered against Defendants.  As they request, Plaintiffs are granted leave to file additional findings.  Also, they are ordered to file, in one declaration, a summary of the evidence of

the amount of damages requested and an explanation of how the damages are calculated, with supporting documents attached.

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion for de novo determination (docket no. 36) is granted. The Court will determine Plaintiffs' damages.

IT IS SO ORDERED.

Dated: 6/1/2012

CLAUDIA WILKEN
United States District Judge