1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA 94965
   Telephone: (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6

7                 UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10 BOARD OF TRUSTEES OF THE SHEET METAL )    NO.  C 11 4620 CW
   WORKERS, et al.,                      )
11                                       )    PLAINTIFFS' ELECTION
                         Plaintiffs,     )    TO DISMISS SECOND
12                                       )    CAUSE OF ACTION; ORDER
              vs.                        )
13                                       )
   TIMOTHY MOAK, et al.,                 )
14                                       )
                         Defendants.     )
15 _____)

16

17         Plaintiffs have considered the Court's Order Granting in

18 Part and Denying in Part Plaintiffs' Motion for Default Judgment

19 (Document 42), and hereby elect to dismiss the second cause of

20 action claim against Timothy Moak and Jennifer Moak for withdrawal

21 liability based upon the personal guaranty.  Said dismissal is

22 without prejudice to plaintiffs asserting in another proceeding,

23 any other basis for withdrawal liability against defendants.

24                           Respectfully submitted,

25 Dated:   November 6, 2012   ERSKINE & TULLEY

26                           By:/s/Michael J. Carroll
                                 Michael J. Carroll
27                               Attorneys for Plaintiffs

28

   PLAINTIFFS' ELECTION TO DISMISS SECOND CAUSE OF ACTION; ORDER   1

O R D E R

IT IS SO ORDERED.

Dated: 11/6/2012

Judge Claudia Wilken