```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY MOAK, et al., <br><br> Defendants. | NO. C 11 4620 CW <br><br> PLAINTIFFS' ELECTION TO DISMISS SECOND <u>CAUSE OF ACTION; ORDER</u> |

Plaintiffs have considered the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Default Judgment (Document 42), and hereby elect to dismiss the second cause of action claim against Timothy Moak and Jennifer Moak for withdrawal liability based upon the personal guaranty. Said dismissal is without prejudice to plaintiffs asserting in another proceeding, any other basis for withdrawal liability against defendants.

             Respectfully submitted,

Dated: November 6, 2012  ERSKINE & TULLEY

            By:/s/Michael J. Carroll
              Michael J. Carroll
              Attorneys for Plaintiffs

<u>PLAINTIFFS' ELECTION TO DISMISS SECOND CAUSE OF ACTION; ORDER</u>  1

O R D E R

IT IS SO ORDERED.

Dated: 11/6/2012

*[signature]*
Judge Claudia Wilken

PLAINTIFFS' ELECTION TO DISMISS SECOND CAUSE OF ACTION; ORDER     2