1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  Facsimile:  (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET    )   NO.  C 11 4620 CW
   METAL WORKERS, et al.,             )
12                                    )   (PROPOSED)
                        Plaintiffs,   )   ORDER AND
13                                    )   DEFAULT JUDGMENT
             vs.                      )
14                                    )
   TIMOTHY MOAK, et al.,              )
15                                    )
                        Defendants.   )
16 _____)

17        Good cause appearing therefor, it is hereby ORDERED that

18 default judgment be entered in favor of Plaintiffs, BOARDS OF TRUSTEES

19 OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL

20 WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS

21 LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, against

22 defendants, TIMOTHY MOAK, an individual; JENNIFER MOAK, an individual,

23 as follows:

24 ////

25 ////

26 ////

27 ////

28 ////

                        ORDER AND DEFAULT JUDGMENT
                                    1

| | | | |
|---|---|---|---|
| 1. | CONTRIBUTIONS | $ | 163,796.65 |
| 2. | LIQUIDATED DAMAGES | $ | 46,869.33 |
| 3. | INTEREST | $ | 28,588.56 |
| 4. | ATTORNEYS FEES | $ | 1,110.00 |
| 5. | COSTS | $ | 472.00 |
| | TOTAL DUE: | $ | 240,836.54 |

============

DATED: 11/6/2012

*Claudia Wilken* (signature)
JUDGE CLAUDIA WILKEN

ORDER AND DEFAULT JUDGMENT
2