```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY MOAK, et al., <br><br> Defendants. | NO.  C 11 4620 CW <br><br> ~~(PROPOSED)~~ ORDER AND <u>DEFAULT JUDGMENT</u> |

     Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, against defendants, TIMOTHY MOAK, an individual; JENNIFER MOAK, an individual, as follows:

////

////

////

////

////

| | | | |
|---|---|---|---:|
| 1. | CONTRIBUTIONS | | $ 163,796.65 |
| 2. | LIQUIDATED DAMAGES | | $  46,869.33 |
| 3. | INTEREST | | $  28,588.56 |
| 4. | ATTORNEYS FEES | | $   1,110.00 |
| 5. | COSTS | | $     472.00 |
| | | TOTAL DUE: | $ 240,836.54 |

DATED: 11/6/2012

_____
JUDGE CLAUDIA WILKEN

ORDER AND DEFAULT JUDGMENT
2