```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY MOAK, et al.,<br><br>Defendants. | NO. C 11 4620 CW<br><br>ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM |

The Application for Reference to Magistrate Judge for Judgment Debtor Exam is granted. The magistrate judge shall determine whether a debtor's examination shall be held.

DATED: 12/28/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM