```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY MOAK, et al., <br><br> Defendants. | NO.  C 11 4620 CW (EDL) <br><br> ~~(PROPOSED)~~ <br> ORDER OF EXAMINATION |

To: Timothy Moak, Judgment Debtor
    713 Tuliamore Court
    Vacaville, CA 95688

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on February 19, 2013 at 9:00 a.m. at 450 Golden Gate Avenue, Courtroom E, 15th Floor, San Francisco, California before the Magistrate Judge Elizabeth D. Laporte then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. Title documents to all equipment and vehicles of debtor;

2. All lists and schedules of rented, leased and owned

ORDER OF EXAMINATION                1

equipment of debtor;

    3. Copies of all real property and personal property leases wherein debtor is a party;

    4. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

    5. Federal tax returns for the last year reported;

    6. All bank statements, deposit slips and canceled checks for all accounts for January 2012 to the present;

    7. The last tax return filed with the Franchise Tax Board;

    8. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor or any of debtor's owned businesses during the period from July 1, 2012 to date;

    9. All accounts receivable lists generated by debtor or any businesses owned by debtor since July 1, 2012;

    10. Cash Disbursement Journals for 2012;

    11. All documents related to any loans to debtor or by debtor;

    12. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years;

    13. All personal guarantees made by debtor.

////
////
////
////
////

ORDER OF EXAMINATION    2

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: January 9, 2013

*Elizabeth D. Laporte*
Magistrate Elizabeth D. Laporte

ORDER OF EXAMINATION                3